UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA WESTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-06139 |
| | ) | |
| vs. | ) | Honorable Manish S. Shah |
| | ) | |
| DB PRIVATE WEALTH MORTGAGE, LTD., | ) ) | |
| Defendant. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY OR, IN THE ALTERNATIVE, TO DISMISS COMPLAINT PURSUANT TO RULE 12(B)(6) ("COMBINED MOTION")

Comes now counsel for the Plaintiff and files his motion to extend the time for his response to the Defendant' Motion to Stay Pursuant to the *Colorado River* Abstention Doctrine or, In the Alternative, to Dismiss Complaint Pursuant to Rule 12(b)(6) ("Combined Motion") filed at ECF documents 14-15. Counsel for the Plaintiff has consulted with his colleagues representing the Defendant and there is no objection to the Court's granting the extension requested.

Plaintiff is seeking a 30-day extension to submit his response to Defendant's motion up to and including March 31, 2023. Plaintiff agrees that the Defendant's time to reply should be likewise adjusted to make their reply due April 14, 2023.

Done and filed this 28th day of February 2023.

Respectfully submitted,

/s/ Nick Wooten
Nicholas H. Wooten (*Lead Trial Counsel*)
DC LAW, PLLC
1012 W. Anderson Lane
Austin, Texas 78757
Tel: (512) 220-1800
Email: nick@texasjustice.com

*Attorney for Plaintiff, Pamela Weston*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on all counsel of record by use of the Court's ECF filing system on this the 28th day of February 2023.

/s/ Nick Wooten
Counsel for Plaintiff